

# Case Assignment
# Standard Civil Assignment

Case number **5:14CV-201-R**

Assigned : Senior Judge Thomas B. Russell
Judge Code : 4413

Assigned on 10/29/2014

[ Request New Judge ]  [ Return ]